# **EXHIBIT A**



GOVERNMENT EXHIBIT 1
PENGAD 800-631-6989
JAN 1 6 20__


