# EXHIBIT B



GOVERNMENT
EXHIBIT

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

PENGAD 800-631-6989


GOVERNMENT
EXHIBIT

3



4:36 PM                                                51%

**Cantgoback**
Tap here for settings

Disgusting
NOV 26, 2019 1:29 PM

Id rather end her than cha**  **him getting raped or indoctrinated

Hes seriously at risk hes a very handsome kid
NOV 26, 2019 1:31 PM

Sounds like we're coming to a conclusion
NOV 26, 2019 1:31 PM

Prime pedo bait

Shes a prime target

Drunken mom

Cps takes the kid

Any predator worth a damn would see the opportunity
NOV 26, 2019 1:34 PM

New Message

GOVERNMENT EXHIBIT
4

PENGAD 800-631-6989





4:36 PM     51%

**Cantgoback**
Tap here for settings

Maybe this week

I have pretty quick and easy access to stuff like coke, heroin, or whatever else

NOV 26, 2019 1:44 PM

Ill think it over we have time

NOV 26, 2019 1:45 PM

Of course

I think the benefit of her on drugs could be not just you get the kid but you get revenge on her as well

Because she gets locked up or worse

It couldn't get traced back to you either because she has substance abuse issues so when they find coke in her system and she doesn't remember doing coke she'll say "it's not my fault" which would sound really retarded lol

NOV 26, 2019 1:48 PM

New Message

4:36 PM

51%

**Cantgoback**
Tap here for settings

you get revenge on her as well

Because she gets locked up or worse

It couldn't get traced back you either because she has substance abuse issues so when they find coke in her system and she doesn't remember doing coke she'll say "it's not my fault" which would sound really retarded lol

NOV 26, 2019 1:48 PM

Shes already slowly doing herself in

You guys are so hastey lol

NOV 26, 2019 1:49 PM

I guess I just like breaking the law

Lol

NOV 26, 2019 1:50 PM

There are other issuss like how does one be a parent in the Ukrainian army

Have to find a wife seen i guess

New Message







**U.S. Department of State**

*Please Print Legibly Using Black Ink Only*

OMB CONTROL NO. 1405-0014
OMB EXPIRATION DATE: 06/30/2018
ESTIMATED BURDEN: 10 Minutes

# STATEMENT REGARDING A LOST OR STOLEN U.S. PASSPORT BOOK AND/OR CARD

### IMPORTANT NOTICE

A U.S. citizen may not normally bear more than one valid or potentially valid U.S. passport book and/or card at a time. Therefore, a statement is required when applying for a new U.S. passport if the previously valid or potentially valid passport is not submitted. Your statement must detail why the previous U.S. passport cannot be presented. The information you provide on this form will be placed into the Consular Lost and Stolen Passport System, which is designed to prevent the misuse of all reported lost or stolen passports. If more than one U.S. passport previously issued to you was lost or stolen, your replacement passport may be limited in validity. Once reported, the lost or stolen passport is electronically cancelled and MUST NOT BE USED FOR TRAVEL. Anyone (including the bearer) traveling on a reported lost or stolen passport may be detained upon entering the United States. Should you locate the passport after reporting it lost or stolen, submit it to the Consular Lost and Stolen Unit. See page one of this form for more information.

**Please select the document (or documents) which you are reporting and its status.**

**U.S. Passport Book** ☑ Lost ☐ Stolen

**U.S. Passport Card** ☑ Lost ☐ Stolen

## 1. IDENTIFYING INFORMATION: Type or print legibly in black ink in white areas only.

| Last Name | First Name | Middle Name |
|---|---|---|
| Bilbrough | William | Garfield |

Has your name changed since the passport was issued? If yes, state the name in which the lost or stolen passport was issued.

| Date of Birth (mm-dd-yyyy) | Place of Birth (City & State in U.S. or City & Country) | Social Security Number |
|---|---|---|

Sex ☐ Female ☑ Male

Current Address (Street, City, State, and ZIP Code)   Denton Md

E-mail Address

Telephone Number                      Alternative/Telephone Number

## 2. LOST OR STOLEN U.S. PASSPORT BOOK/CARD INFORMATION: Answer all questions completely. If you do not know the answer in detail, be as exact as possible.

Are you submitting this form in connection with an application for a new U.S. passport book and/or card? ☑ Yes ☐ No

Explain how your U.S. passport book/card was lost or stolen. *My grandmother threw it away because she didn't like my travel plans and didn't tell me.*

Did you file a police report? ☐ Yes ☑ No

Explain where the loss or theft occurred. Provide Address if known (City and State, if in the U.S., or City and Country as it is presently known) *at my address*

On what date was your U.S. passport book/card lost or stolen? (mm-dd-yyyy) If unknown, when was the last time you remember it in your possession? *in early May of 2018*

| List your lost or stolen U.S. Passport Book: | List your lost or stolen U.S. Passport Card: |
|---|---|
| Number:          Issue Date (mm/dd/yyyy): | Number:          Issue Date (mm/dd/yyyy): |

Have you had any other U.S. passport book/card lost or stolen? ☐ Yes ☑ No

If yes, how many times? _____ Approximate time frame? _____ Did you file a police report? ☐ Yes ☑ No

## 3. YOU MUST SIGN AND DATE THE APPLICATION IN THE DESIGNATED AREA BELOW

I, the undersigned, declare under penalty of perjury all of the following: 1) That I have read and understood the warning on page one of this form; 2) The information furnished herein is correct and complete; 3) I have not given my U.S. passport book and/or passport card to another person or disposed of it in an unauthorized manner; 4) I understand that the U.S. passport(s) I report as missing will be invalidated and cannot be used; and 5) If I subsequently find and recover it, I will immediately return the passport and/or passport card to Passport Services at the address on page one of this form or to the nearest U.S. passport agency, U.S. embassy, or U.S. consulate abroad.

Legal Signature - age 16 or older or Parent/Guardian if under age 16     Date (mm/dd/yyyy)

Legal Signature - Parent/Guardian if under age 16     Date (mm/dd/yyyy)

Both parents or guardians of a child younger than 16 years old must sign this form when submitting on the child's behalf unless one parent or guardian has sole custody. If there is sole custody, include a copy of a supporting document, such as a court order, with this form.

DS-64 06-2015

GOVERNMENT EXHIBIT
7
PENGAD 800-631-6989