UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

WILLIAM GARFIELD BILBROUGH,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Civil Action No. TDC-21-3287
Related Criminal Case No. TDC-20-0033-3

## ORDER

On January 13, 2022, Bilbrough filed a Motion to Withdraw his previously filed Motion to Vacate under 28 U.S.C. § 2255 pursuant to Rule 12 of the Rules Governing Section 2255 Proceedings and Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No.241. The Court having reviewed the Motion, it is hereby ORDERED that:

1. Bilbrough's Motion to Withdraw is GRANTED.
2. This action is DISMISSED WITHOUT PREJUDICE.
3. The Clerk is directed to close Civil Case No. 21-3287.

Date: January 14, 2022

THEODORE D. CHUANG
United States District Judge