**Brian Mark Lemley Jr.**
**2503 Stone Gate Blvd**
**Elkton, MD 21921**
**Phone: 443-481-2060**
**Email: Lemleym2014@gmail.com**

**Pro Se Movant**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**Southern Division (Greenbelt)**

**UNITED STATES OF AMERICA**

**v.**

**BRIAN MARK LEMLEY JR., Defendant**

**Case No.: 8:20-cr-00033-TDC**

_FILED_   _ENTERED_
_LOGGED_   _RECEIVED_

APR 01 2026

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND   DEPUTY

BY

_Brian M. Lemley_ 03/20/26

## MOTION FOR ORDER AUTHORIZING RELEASE AND TRANSFER OF SEIZED FIREARMS

## TO DESIGNEE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 41(g)

COMES NOW the Movant, Brian Mark Lemley Jr., pro se, and respectfully moves this Honorable Court, pursuant to Federal Rule of Criminal Procedure 41(g), for an order directing the Federal Bureau of Investigation (FBI) or other custodial agency to release and transfer the firearms seized during my arrest on January 15, 2020, directly to my brother, John O'Neal, as my designated recipient.

In support of this motion, Movant states as follows:

1. On January 15, 2020, certain firearms were seized from me by federal agents/FBI during my arrest in connection with this case (Case No. 8:20-cr-00033-TDC). The case proceeded through prosecution, with sentencing occurring on October 28, 2021.
2. The seized firearms remain in the custody of the FBI as evidence or seized property from this matter. They have not been released to me, my family, or any other party.
3. The FBI has indicated a willingness to release/transfer the firearms but requires concurrence from this Court to do so, particularly to a third party.
4. I have no intention or desire to ever possess these firearms myself. Due to my conviction(s) and status in this matter, I am prohibited under federal law from possessing firearms. I hereby expressly relinquish any and all personal claim, ownership interest, or right to possession of the firearms.

5. I designate my brother, John O'Neal, residing at 50 Green Lane, Nottingham, PA 19362, as the recipient of the firearms. I believe he is legally eligible to possess firearms under federal law (18 U.S.C. § 922(g) and related provisions).

6. The criminal case has concluded, and there is no pending proceeding or active forfeiture action requiring continued retention of these firearms for evidentiary purposes or as contraband.

7. Pursuant to Fed. R. Crim. P. 41(g), the Court has authority to order the return of seized property with reasonable conditions, including transfer to a designated third party when the movant is ineligible for possession.

**WHEREFORE**, Movant respectfully requests that the Court:

a. Grant this motion;

b. Enter an order directing the FBI (or current custodial agency) to release and transfer the seized firearms to John O'Neal at 50 Green Lane, Nottingham, PA 19362;

c. Direct any necessary verification of John O'Neal's eligibility to possess firearms (e.g., via NICS background check or other appropriate means);

d. Provide such other and further relief as the Court deems just and proper, including any coordination with the FBI to facilitate the transfer.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

**Dated: March 20, 2026**

**Respectfully submitted,**   *Brian M. Lemley 03/20/26*

---

**Brian Mark Lemley Jr.**
**Pro Se Movant**
**2503 Stone Gate Blvd**
**Elkton, MD 21921**
**Phone: 443-481-2060**

**Email: Lemleym2014@gmail.com**

**CERTIFICATE OF SERVICE**

**I hereby certify that on March 20, 2026, I filed the original of the foregoing Motion with the Clerk of the United States District Court for the District of Maryland (Southern Division) and served a true and correct copy of the same by certified mail, return receipt requested, upon:**